# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

PAMELA HOOKS
ADC#704094                                                    PETITIONER

v.                    Case No. 5:15-cv-00266 KGB/PSH

WENDY KELLEY, Director of the
Arkansas Department of Corrections                            RESPONDENT

## ORDER

Before the Court are the Findings and Recommendation ("Recommendations") from United States Magistrate Judge Patricia S. Harris (Dkt. No. 11). Plaintiff Pamela Hooks filed objections to Judge Harris' Recommendations (Dkt. No. 12). Ms. Hooks has also filed a motion for status update (Dkt. No. 14). After review of Judge Harris' Recommendations and the timely objections, as well as a *de novo* review of the record, this Court adopts Judge Harris' Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 11).

It is therefore ordered that:

1. Ms. Hook's petition for writ of *habeas corpus* is dismissed with prejudice, and the request for relief is denied (Dkt. No. 2).

2. Ms. Hook's motion for status update is denied as moot (Dkt. No. 14)

3. The Court declines to issue a certificate of appealability. 28 U.S.C. §2253; *see also Slack v. McDaniel,* 529 U.S. 473, 484–85 (2000) (articulating what a habeas applicant must show to be granted a certificate of appealability).

It is so ordered, this the 10th day of January, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge