IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAMELA HOOKS
ADC#704094                                                                                    PETITIONER

v.                    Case No. 5:15-cv-00266 KGB/PSH

WENDY KELLEY, Director of the
Arkansas Department of Corrections                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

Dated this 10th day of January, 2018.

_____
Kristine G. Baker
United States District Judge